IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| XTO Energy, Inc., ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| Roger E. Baker and Marlyn J. Baker, ) | |
| ) | Case No. 1:25-cv-209 |
| Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on October 1, 2026, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 4th day of March, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court